FILED
HARRISBURG, PA
NOV 12 2025
PER ＿＿＿＿＿＿
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK A. SWIFT

V.                                                          Civil No. ＿＿＿＿＿＿

PRIMECARE INC. et al.

---

## Civil Rights Action under 42 U.S.C § 1983

COMES NOW the complainant **MARK A. SWIFT #254092**, an inmate at York County Prison, and hereby presents this Honorable Court with this Civil complaint against **PrimeCare Inc. et al**, and claims medical malpractice that has resulted in further mental, physical injuries, as well as pain and suffering. Plaintiff seeks changes be made to policies and or rules, and that those who committed the harm be held accountable under United States and Commonwealth of Pennsylvania's laws in order to avoid future improper services and or additional punishment. Plaintiff further asks this Court to grant relief in the form of monetary compensation for injuries, plus pain and suffering incurred, and permit him the opportunity to seek an attorney to assist him in this matter.

Complainant believes his 1st, 8th and 14th Amendment have been violated, as well as a number of Constitutional Rights under the Commonwealth of Pennsylvania, due to this reckless disregard and unprofessionalism toward inmates who seek medical service while in an institution. [An inmate must rely on prison authorities to treat his medical needs; if the authorities fail to do so, those needs will not be met. In the worst cases, such a failure may actually produce physical "torture or a lingering death," In re Kemmler, supra, the evils of most immediate concern to the drafters of the Amendment. In less serious cases, denial of medical care may result in pain and suffering which no one suggests would serve any penological purpose. Cf. Gregg v. Georgia, supra. at 173, 96 **S.Ct**. at 2924-25 (joint opinion). The infliction

of such unnecessary suffering is inconsistent with contemporary standards of decency as manifested in modern legislation codifying the common-law view that "it is but just that the public be required to care for the prisoner, who cannot by reason of the deprivation of his liberty, care for himself."] Government has obligation to provide medical care for those whom it is punishing by incarceration. U.S.C.A.Const. Amend. 8. In order to state a cognizable claim under civil rights statute because of inadequate medical care, prisoner must allege acts or omissions sufficiently harmful to evidence deliberate indifference to serious medical needs.

Plaintiff provides this Court with a series of events, to the best of his recollection, that have taken place while he has been incarcerated at York County Prison, under their care and under the medical administration of PrimeCare Inc. It bears to mention that PrimeCare Inc. no longer provides medical services to York County Prison and they have since **October 1st, 2025**, changed to (MEDIKO Correctional Healthcare).

Wherefore this complainant prays this Honorable Court accept this civil action for depravation of rights as true and correct to the best of his knowledge. Attached please find; A Civil Complaint Form to be used by a *Pro Se* Prisoner, A form to *Proceed in Forma Pauperis*, A letter requesting the *Appointment of Attorney*, and *Waiver of the Service of Summons*.

Thank you for your time and consideration on this matter and plaintiff prays this Honorable Court finds it in his best interest to assist him in this matter.

Respectfully Submitted,

*Mark A. Swift*

Mark A. Swift #254092

York County Prison

3400 Concord Rd.

York, PA 17402

CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARK A. SWIFT   254092
**Full Name of Plaintiff**   **Inmate Number**

v.

MR. TOM WEBER
**Name of Defendant 1**

MR. OGLE ADAM
**Name of Defendant 2**

MR. JOHN DOE
**Name of Defendant 3**

MR. JOHN DOE
**Name of Defendant 4**

MS. JANE DOE
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. _____
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED
HARRISBURG, PA

NOV 12 2025

PER _____
DEPUTY CLERK

## I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

✓ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

**See Attachment for Additional Defendants**

II. ADDRESSES AND INFORMATION

A. PLAINTIFF

__SWIFT, MARK A.__
Name (Last, First, MI)

__254092__
Inmate Number

__York County Prison__
Place of Confinement

__3400 Concord Rd.__
Address

__York, PA 17402__
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

__WEBER, TOM__
Name (Last, First)

__CEO of PRIMECARE INC.__
Current Job Title

__3940 LOCUST LANE__
Current Work Address

__HARRISBURG, PA 17109__
City, County, State, Zip Code

Defendant 2:

__ADAM OGLE__

Name (Last, First)

__WARDEN__

Current Job Title

__YORK COUNTY PRISON 3400 CONCORD RD.__

Current Work Address

__YORK, PA 17402__

City, County, State, Zip Code


Defendant 3:

__DOE, JOHN__

Name (Last, First)

__HEAD DOCTOR/PHYSICIAN__

Current Job Title

__YORK COUNTY PRISON 3400 CONCORD RD.__

Current Work Address

__YORK, PA 17402__

City, County, State, Zip Code


Defendant 4:

__DOE, JOHN__

Name (Last, First)


Current Job Title

__YORK COUNTY PRISON 3400 CONCORD RD.__

Current Work Address

__YORK, PA 17402__

City, County, State, Zip Code


Defendant 5:

__DOE, JANE__

Name (Last, First)


Current Job Title

__YORK COUNTY PRISON 3400 CONCORD RD__

Current Work Address

__YORK, PA 17402__

City, County, State, Zip Code

Page 3 of 6

**See Attachment for Additional Defendant's Information**

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

The events happened at York County Prison on the month of June, and September.

B. On what date did the events giving rise to your claim(s) occur?

On or about June 6, June 17 and September 21.
6/6 Hospitalized for 5 days - 6/17 at medical 4 days in a row - 9/21 to date swellness

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

On or about June 6 I was called to Medical for swellness and numbness on my left side. While at medical after waiting for a while and not being seen I felt my arm getting numb and I loss all conciousnes and woke up at the Hospital. I was informed I'd just had a stroke. I do not remember anything. I feel like this was a deliberate act of neglect and I was only payed attention to because I had that stroke.

On or about June 17 I went to medical 4 days in a row to get checked for Sodium levels which was 125 and has to be 135-145. Nurse Katelyn Kept sending me back to the Block after making me wait an hour at medical. She did not perform any duties and the only recommendation she gave me was to 'eat more salt' which I have been doing without any success. Furthermore she called to the block and told C.O Jasper to put a note on the computer to not send me to medical again. They have continually refused to find the problem and to 'eat salt' is not a solution as to why my levels keep dropping. Since 9/21 I've been suffering from swollen and numb legs due to the Sodium levels.

IV. **LEGAL CLAIM(S)**

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

I believe the deliberate indifference by prison personnel to an inmate's serious illnesses and medical conditions constitutes harm and added punishment which is a violation and depravation of rights like; 1st Amendment, 8th and 14th Amendments.

This reckless disregard and unprofessionalism is contrary to what companies like PrimeCare, in this case, are ment to offer and provide to prisoner's who need and continually seek medical attention. Moreover the prison administration seem to wash their hands when situations and complaints arise, and they wish to ignore the patients' claims or point fingers at each other. I believe I have stated a feasible and cognizable claim under civil rights statutes which will be further confirmed by records/files and witnesses, and with the help of an attorney.

V. **INJURY**

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

Confussion and memory loss, loss of energy, restlessness, muscle weakness, left side is not working at 100%

VI. **RELIEF**

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Complainant seeks that changes be made to policies and rules and or staff consequences for failure to aknowledge their mischief. Furthermore, plaintiff seeks monetary compensation as form of relief.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

*Mark A. Swift*
Signature of Plaintiff

11-5-25
Date

Mark A. Swift
254092
York County Prison
3400 Concord Road
York, PA 17402

Legal Mail

The United States District Court
Middle District of Pennsylvania
Sylvia H. Rambo United States Court House
1501 North 6th Street
Harrisburg, PA 17102

RECEIVED
HARRISBURG, PA
NOV 12 2025
PER _____ DEPUTY CLERK